**HARTFORD UNDERWRITERS
INSURANCE COMPANY,
Respondent,**

**v.**

**Harold T. NICHOLSON, Appellant.**

**No. WD 66869.**

Missouri Court of Appeals,
Western District.

April 3, 2007.

Harley Kent Desselle, Independence, MO, for Appellant.

Dale Lewis Davis, Springfield, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

Harold Nicholson appeals the award of damages as to an insured property after the property was partially damaged in a fire.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).